**United States Bankruptcy Court**

Eastern District of North Carolina Fayetteville Division

IN RE

1604117
BRUCE ALLEN
ATTORNEY AT LAW
1000 WILDWOOD DR
FAYETTEVILLE, NC 28304-0000

JAMES TIMOTHY BULLARD
467 H. L. LOCKLEAR RD

PEMBROKE, NC 28372

SSN or Tax I.D. XXX-XX-6997

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:  -Court-A                    U.S.

MOTION TO DISMISS

The undersigned Chapter 13 Trustee moves the Court to dismiss the above case for the following reason(s):

   The Debtor has failed to modify his Chapter 13 plan.

The debtor is hereby notified that if a written response is not filed by the debtor(s) with the Trustee and the Clerk,
United States Bankruptcy Court and a request for hearing within twenty-one (21) days of the date of this motion,
then the Court will summarily rule on said motion without further notice.

DATED:  March 05, 2019                    /S/ Joseph A. Bledsoe, III
                                          _____
                                          Joseph A. Bledsoe, III, Trustee

0015

# CERTIFICATE OF MAILING

CASE: 1604117        TRUSTEE: 2V          COURT: 278                              Page 1 of 1
TASK: 03-04-2019.01175758.BLB012     DATED: 03/05/2019

Court                Served Electronically

Trustee              Joseph A. Bledsoe, III                    P.O. Box 1618
                                                              New Bern, NC 28563

Debtor               JAMES TIMOTHY BULLARD                     467 H. L. LOCKLEAR RD
                                                              PEMBROKE, NC 28372

799      000002      BRUCE ALLEN                               ATTORNEY AT LAW
                     1000 WILDWOOD DR                          FAYETTEVILLE, NC 28304-0000

                                                                        4 NOTICES

        THE ABOVE REFERENCED MOTION WAS MAILED TO EACH OF THE ABOVE ON  03/05/2019.
        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
        EXECUTED ON    03/05/2019    BY  /S/EPIQ Systems, Inc.

*CM - Indicates motion served via Certified Mail