**SO ORDERED.**

**SIGNED this 26 day of August, 2019.**

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER **7** |
| **JAMES TIMOTHY BULLARD** | ) |
| | ) CASE NO. **16-04117-5-JNC** |
| | ) |
| DEBTOR | ) |

------------------------------------------------------

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C § 362(a)

This cause came upon U.S. Bank Trust National Association's ("Movant") Motion for Relief from Automatic Stay Pursuant to 11 U.S.C § 362(a) ("Motion") (Doc. No. 36) filed on August 2, 2019.

**IT IS ADJUDGED and ORDERED** that the Motion shall be granted;

**IT IS FURTHER ORDERED:**

a. That the Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

b. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived;

c. That Movant is exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case;

    d.      Movant is awarded its reasonable attorneys' fees and expenses associated with the Motion, and the Trustee is hereby authorized to modify the plan as necessary to accommodate this claim.

**End of Document**